[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-15304
Non-Argument Calendar
_____

D.C. Docket No. 5:13-cr-00250-IPJ-TMP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME MARTINEZ-PONCE,
a.k.a. Jamie Ponce-Martinez,
a.k.a. Jaime Ponce-Martinez
a.k.a. Ancelmo Martinez-Martinez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(February 17, 2015)

Before ED CARNES, Chief Judge, JULIE CARNES and FAY, Circuit Judges.

PER CURIAM:

Richard Aaron Chastain and John Sims Rhyne, appointed counsel for Jaime Martinez-Ponce in this direct criminal appeal, have moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsels's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsels's motion to withdraw is **GRANTED**, and Martinez-Ponce's conviction and sentence are **AFFIRMED**.